# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENTEX CORPORATION, | No. 4:17-CV-01136 |
| Plaintiff. | (Judge Brann) |
| v. | |
| HELICOPTER HELMET, LLC, | |
| Defendant. | |

## ORDER

### JULY 11, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss, ECF No. 27, is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. The motion is **DENIED** with respect to Counts I and II of Plaintiff's Amended Complaint, ECF No. 23.

2. Proceedings on Count III of Plaintiff's Amended Complaint are **STAYED** pending resolution of *Helicopter Helmet v. Gentex Co.*, Nos. 1:17-CV-00479 (D. Del.) and 18-2208 (3d Cir.).

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge