# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENTEX CORPORATION, | No. 4:17-CV-01136 |
| Plaintiff, | (Judge Brann) |
| v. | |
| HELICOPTER HELMETS, LLC, | |
| Defendant. | |

## ORDER

**AND NOW**, this 18th day of May 2020, upon consideration of the joint motion to extend deadlines (Doc. 39), **IT IS HEREBY ORDERED** that this Court's October 24, 2019 Case Management Order is amended as follows:

1. Discovery deadline: August 3, 2020
2. Dispositive motions: October 2, 2020
3. Plaintiff's expert report: January 4, 2021
4. Defendant's expert report: February 2, 2021
5. Supplemental and rebuttal expert reports: February 16, 2021
6. Expert discovery completed by: March 2, 2021
7. The case is **REMOVED** from the March 2021 trial list, and will be rescheduled, if necessary, upon the resolution of any filed dispositive motion.

8. The deadlines for filing motions in limine and supporting briefs, pretrial memoranda, proposed voir dire questions and proposed jury instructions are **CANCELLED** and will be rescheduled, if necessary, upon the resolution of any filed dispositive motion.

9. The final pretrial conference scheduled for January 26, 2021 is **CANCELLED** and will be rescheduled, if necessary upon the resolution of any filed dispositive motion.

10. This Order supersedes all previous scheduling Orders.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge