IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENTEX CORPORATION, | No. 4:17-CV-01136 |
| Plaintiff, | (Judge Brann) |
| v. | |
| HELICOPTER HELMET, LLC, | |
| Defendant. | |

## ORDER

**AND NOW**, this 13th day of April 2021, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Gentex's Motion for Summary Judgment (Doc. 41) is GRANTED as follows:

    a. Summary judgment is granted as to Count 1.

    b. Counts 2 and 3 are dismissed as moot, pursuant to Gentex's representation in its memorandum in support of the motion for summary judgment (Doc. 43 at 7-8).

2. Final Judgment is entered in favor of Gentex and against Helicopter Helmet.

3. The Clerk of Court is directed to close the case file.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge