AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| GENTEX CORPORATION | ) | |
| *Plaintiffs* | ) | |
| v. | ) | Civil Action No.  4:17-CV-01136 |
| HELICOPTER HELMET, LLC | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑ other:   Final Judgment is entered in favor of Plaintiff and against Defendant, in accordance with this Court's
Memorandum Opinion and Order dated April 13, 2021, Docs. 52 and 53

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge  Matthew W. Brann _____  on a motion for
Summary Judgment [Doc. 41]

Date:   April 13, 2021 _____

*CLERK OF COURT*

*s/ Janel R. Rhinehart, deputy*
_____
*Signature of Clerk or Deputy Clerk*